CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 23 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY DAVIS, #342495, <br> Petitioner, | ) <br> ) Civil Action No. 7:05-cv-00589 <br> ) |
| v. | ) **FINAL ORDER** <br> ) |
| DEPT. OF CORRECTIONS, et al., <br> Respondent. | ) By: James C. Turk <br> ) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER:    This 22nd day of September, 2005.

/s/ James C. Turk
Senior United States District Judge