CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY DAVIS, #342495, ) | |
|    Petitioner, ) | Civil Action No. 7:05-cv-00589 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DEPT. OF CORRECTIONS, et al., ) | By: James C. Turk |
|    Respondent. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER:     This 22nd day of September, 2005.

                                 /s/ James C. Turk
                                 Senior United States District Judge